### BARFIELD *et al. v.* MAYOR AND COUNCIL OF MINTER.

HILL, J. There was no error on the part of the court below in refusing to grant the injunction prayed for in this case. *Central of Georgia Ry. Co.* v. *State,* 104 *Ga.* 843 (31 S. E. 531, 42 L. R. A. 518); *Town of Constitution* v. *Chestnut Hill Cemetery Ass'n,* 136 *Ga.* 778 (71 S. E. 1037).      *Judgment affirmed. All the Justices concur.*
                FEBRUARY 14, 1912.

Petition for injunction. Before Judge Martin. Laurens superior court. July 27, 1911.

*Hal B. Wimberly,* for plaintiffs.